In the Matter of HENRY W. MUMM, Respondent, against THOMAS W. WHITTLE et al., Composing the Board of Assessors of the City of New York et al., Appellants.

(Argued November 19, 1935; decided March 3, 1936.)

*Paul Windels, Corporation Counsel (Alfred D. Jahr* and *Paxton Blair* of counsel), for appellants.

*Joseph B. Kenny, Harry B. Chambers* and *Harry H. Chambers* for respondent.

Appeal dismissed, with costs, on the ground the order appealed from is not a final order. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.